UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

KATHLEEN EDENS and CHARLES EDENS (H/W)

    Plaintiff,

v.                               Case No. 3:14-cv-00491-PLR-H

ELI LILLY AND COMPANY, an Indiana corporation

    Defendant.

FILED 2015 FEB 23 P 12:51
U.S. DISTRICT COURT
EASTERN DIST. TENN.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Plaintiffs Kathleen and Charles Edens**,
moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Arizona and District of Columbia

[✓] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 18, 2015.    _(signature)_

(Signature–hand signed)

Name: Mark D. Samson
Firm: Keller Rohrback L.L.P.
Address:

    3101 North Central Avenue, Suite 1400, Phoenix, Arizona 85012

Email address: msamson@kellerrohrback.com

Once your motion is granted, you must register for a CM/ECF account at
http://www.tned.uscourts.gov/RegistrationForm.php.

* * * **INCLUDE CERTIFICATE(S) OF SERVICE** * * *

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing will be filed and was served upon all counsel of record reflected in the CM/ECF by email and United States Mail on February 20, 2015:

John Timothy Edwards
Ballin Ballin & Fishman P.C.
200 Jefferson Avenue, Suite 1250
Memphis, Tennessee 38103
901-525-6278
tedwards@bbfpc.com

Eric E. Hudson
Butler Snow, LLP
Crescent Center, Suite 500
6075 Poplar Avenue
Post Office Box 171443
Memphis, Tennessee 38187-1443
901-680-7200
eric.hudson@butlersnow.com

By: _____

# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Brian D. Karth, Clerk of this Court, certify that Mark Dudley Samson was duly admitted to practice in this Court on February 1, 1988, and is in good standing as a member of the Bar of this Court.

Dated at Phoenix, Arizona, on February 17, 2015

| Brian D. Karth | *Beth Stephenson* |
|---|---|
| CLERK | DEPUTY CLERK |

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE
# STATE OF ARIZONA

———————————————

I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

## MARK DUDLEY SAMSON

was on the 25th day of October, 1986, duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the Bar in good standing.



Given under my hand and the seal of said Court this 12th day of February, 2015

JANET JOHNSON, Clerk

By *Krystle Dominguez*
Krystle Dominguez
Deputy Clerk II

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **MARK DUDLEY SAMSON** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 25, 1986 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this February 12, 2015.

_____
Jennifer R. Albright
Disciplinary Clerk