UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| KATHLEEN EDENS AND CHARLES EDENS, (H/W)<br><br>          Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>          Defendant. | CASE NO.: 3:14-CV-491-PLR-HBG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiffs and Defendant, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii), submit this Stipulation of Dismissal with Prejudice, stipulating to the dismissal with prejudice of all pending claims in this matter. The parties further stipulate that each party will bear its own fees and costs.

DATED this 31st day of August, 2016.

          Respectfully Submitted,

          By: */s/ Mark D. Samson*
          Mark D. Samson (*pro hac vice*)
          KELLER ROHRBACK L.L.P.
          3101 North Central Avenue, Suite 1400
          Phoenix, Arizona 85012
          Telephone: 602-248-0088
          Facsimile: 602-230-6360
          Email: msamson@kellerrohrback.com

Tim Edwards (TN #5353)
BALLIN & FISHMAN P.C.
200 Jefferson, Suite 1250
Memphis, Tennessee 38103
Telephone: 901-525-6278
Facsimile: 902-525-6294
Email: tedwards@bbfpc.com

*Attorneys for Plaintiffs*


By:    */s/ Phyllis A. Jones*
Phyllis A. Jones (*pro hac vice*)
Brett Reynolds
Emily Ullman
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-5662
Facsimile: 202-662-6291
Email: pajones@cov.com
breynolds@cov.com
eullman@cov.com

Ben J. Scott (TN #022851)
Kari L. Sutherland (TN #021985)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: 901-680-7200
Facsimile: 901-680-7201
Email: ben.scott@butlersnow.com
eric.hudson@butlersnow.com
kari.sutherland@butlersnow.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that I have served Plaintiff's counsel in this action with a copy of the foregoing by ECF and by electronic mail to the following address:

>Mark D. Samson (*pro hac vice*)
>KELLER ROHRBACK L.L.P.
>3101 North Central Avenue, Suite 1400
>Phoenix, Arizona 85012
>Telephone: 602-248-0088
>Facsimile: 602-230-6360
>Email: msamson@kellerrohrback.com
>
>Tim Edwards (TN #5353)
>BALLIN & FISHMAN P.C.
>200 Jefferson
>Suite 1250
>Memphis, Tennessee 38103
>Telephone: 901-525-6278
>Facsimile: 902-525-6294
>Email: tedwards@bbfpc.com
>
>*Attorneys for Plaintiffs*

Dated: August 31, 2016

By: *Ben J. Scott*